# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-2898 MRW | Date | June 15, 2022 |
| Title | Victoria Morales v. Enhanced Recovery Company | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING CASE**

   The parties filed a notice dismissing this case with prejudice. (Docket # 8.) This action is dismissed with prejudice.